AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

### CRIMINAL COMPLAINT

V.

Ping Chen
DOB: 11/6/60
PDID: 572955

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   On or about <u>April 1, 2005 through present</u> in <u>Washington, D.C.</u>  county, in the

_____ District of   <u>Columbia</u>   defendant(s) did, (Track Statutory Language of Offense)

There is probable cause to believe that, in the District of Columbia and elsewhere, the defendant, Abdul Jalil Waziry, did knowingly and voluntarily conspire with others intentionally to traffic in goods and knowingly to use counterfeit marks on and in connection with such goods, in violation of Title 18, United States Code, Sections 371 and 2320, and that, in furtherance of the conspiracy and to accomplish its unlawful objects, the defendant and his co-conspirators, committed, within the District of Columbia, at least one overt act.

in violation of Title   <u>18</u>   United States Code, Section(s)   <u>§ 371</u>  .

I further state that I am   <u>Cynthia Paige Pinson, Special Agent with the Federal Bureau of Investigation</u>  and that this complaint is based on the following facts:

### See Attached Affidavit

Continued on the attached sheet and made a part hereof:     ☒ Yes       ☐ No

_____

Signature of Complainant

AUSA, John Carlin   (202) 353-2457

Cynthia Paige Pinson, Special Agent

Sworn to before me and subscribed in my presence,

Federal Bureau of Investigation

_____     at     _____<u>Washington, D.C.</u>_____

Date                                                              City and State

_____

_____

Name & Title of Judicial Officer                    Signature of Judicial Officer