SP 3147 '05

05-594M

**UNITED STATES vs CHEN, PING**

Lockup Nbr: 52
PDID: 0572955
DOB:
CCR: 149995

**Superior Court of the District of Columbia — CRIMINAL DIVISION — SPECIAL PROCEEDINGS**

| | |
|---|---|
| No Papers Count(s) | |
| Charges Filed | |
| Felony | |
| Misdemeanor | |
| Traffic | |
| J.C. | |

| Court File Date | LOCK UP L-52 | PDID / DOB / CCR |
|---|---|---|

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

**DEFENSE COUNSEL**   ☐ PRO SE   CODE  S C A R  DATE WITHDRAWN
1. H. Peek  174-054   ☐ ☐ ☐ ☐
2. _____   ☐ ☐ ☐ ☐

**PROSECUTOR**   CODE   **ASSIGNED TO JUDGE**
1.
2.   Cal. Number

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination  ☐ Made  ☐ Waived

PLEA: ☐ Not Guilty   ☐ Guilty, JUDGMENT Guilty
Count(s) _____

| | CONTINUED DATE | BOND CONDITIONS |
|---|---|---|
| PREL. HEARING | | BOND AMOUNT $ |
| STATUS HEARING | | ☐ CASH ____ %  ☐ SURETY |
| JURY TRIAL | | ☑ PERSONAL RECOGNIZANCE |
| NON-JURY | | ☐ Third Party Custodian |
| | | ☐ Contribution Ordered |

**PROBATION**   ☐ 163 FILED

Sentence Date
Report Due Date
Date Jacket Ready For Probation
Date Received in Probation
By
Date Jacket Returned to Crim. Div.

☑ Defendant Advised of Penalties for Failure to Appear.

C 11-14-05 @ 1:45pm U.S. DISTRICT COURT. CTRM 4 J/KAY

Count(s) _____ Nolle Prosequi Prosecutor: _____

COURT REPORTER: C10    TAPE ☐   CLERK: M   JUDGE/COMM.: JACKSON

☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☑ NOT IN CUSTODY

**Diversion** — Date Admitted

DISPOSED: CLOSED  CONT. PAY  ShowCause  B/W
PENDING: Status  Jury  Non-Jury  Sent.  Others  Updated By AV

FILED NOV 14 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

DATE: _____   **FINAL DISPOSITION ONLY**

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER   TAPE ☐   CLERK   JUDGE/COMM.
☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY