AO442 (Rev. 12/85) Warrant for Arrest

FID 0089375

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Ping Chen

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0594M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ping Chen___
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§371__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 09 2005   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-9-05 | SEAN McLEOD  SDUSM | _(signature)_ S. M²¹ |
| DATE OF ARREST |  |  |
| 11-14-05 |  |  |