UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-594M-01 |
| v. | : | |
| | : | Plea Proceedings:       , 2006 |
| PING CHEN, | : | |
| Defendant | : | |

FILED

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Had this case proceeded to trial, the United States of America would have established the following facts beyond a reasonable doubt:

On April 20, 2005, Officers from the Washington, D.C., Metropolitan Police Department ("MPD") executed a search warrant upon the premises of a commercial retail-wholesale business operated by co-conspirator, Qiyao Yuan ("Yuan"), YY Enterprises, located at 1225 4th Street, N.E., Washington, D.C. The warrant authorized the search for and seizure of counterfeit and pirated goods, including illegal copies of motion picture DVDs. Defendant Ping Chen ("Chen") worked for Co-conspirator Yuan at the establishment. After the execution of the warrant and the arrest of Chen, MPD learned that the defendant and Yuan, among others, continued to sell illegal copies of copyrighted works, and an investigation by the FBI and MPD ensued, involving multiple undercover purchases and the execution of additional search warrants.

A.    **October 14, 2005, Undercover Purchase**

On October 14, 2005, another undercover purchase was made using $260.00 in pre-recorded FBI funds for 90 infringing motion picture DVDs, as well as 10 infringing sound recordings. During this transaction, an undercover MPD officer entered the premises located at

1225 4th Street, N.E., Washington, D.C., and spoke with Yuan and Chen, regarding the purchase of motion picture DVDs. Chen presented a list of movie titles to the undercover MPD officer and stated that movie titles were sold in multiples of five. Later, Chen and and co-conspirator Cecilia Rodriguez packaged the DVDs inside the premises. The list provided to the undercover MPD officer contained motion pictures in current theatrical release, not yet available for sale on DVD to the general public.

After choosing titles, the undercover MPD officer asked Yuan for the total of the purchase and presented Yuan with $260.00. After stating that DVD cases were needed, Yuan retrieved a box containing empty DVD cases and presented it to the undercover MPD officer. During the transaction, the undercover MPD officer purchased the following infringing motion pictures and sound recordings titles:

| DESCRIPTION | QUANTITY |
| --- | --- |
| 1. Flight Plan | 20 DVDs |
| 2. The Gospel | 25 DVDs |
| 3. Green Street Hooligans | 5 DVDs |
| 4. A History of Violence | 5 DVDs |
| 5. The Exorcism of Emily Rose | 5 DVDs |
| 6. Two For the Money | 15 DVDs |
| 7. Venom | 5 DVDs |
| 8. G | 5 DVDs |
| 9. Beef | 5 DVDs |
| 10. Best of Mike Jones and Slim Thug Young Jeezy & Juelz Santana | 10 CDs |

**B.   October 21, 2005, Undercover Purchase**

On October 21, 2005, another undercover purchase of 100 illegal motion picture DVDs was made. The undercover MPD officer approached 1225 4th Street, N.E., Washington, D.C., and met Yuan, who was outside the premises. The undercover MPD officer discussed with Yuan

the purchase of motion picture DVDs, and Yuan and the officer entered Yuan's business. Once inside, Yuan inquired as to whether the undercover MPD officer's purchase quantity would be the same as that purchased on October 14, 2005, 100 DVDs, and the undercover MPD officer answered in the affirmative. Yuan then directed Chen to provide the undercover MPD officer the same quantity ordered previously.

Chen provided a list to the undercover MPD officer containing motion pictures in current theatrical release, not yet available for sale on DVD to the general public. The undercover officer chose and received the following movie titles and quantities as well as a box containing 100 empty DVD cases from Yuan:

| **DESCRIPTION** | **QUANTITY** |
|---|---|
| 1. The Exorcism of Emily Rose | 5 DVDs |
| 2. The Gospel | 5 DVDs |
| 3. Hustle & Flow | 5 DVDs |
| 4. G | 10 DVDs |
| 5. Into the Blue | 5 DVDs |
| 6. A History of Violence | 5 DVDs |
| 7. The Marksman | 5 DVDs |
| 8. Carlito's Way | 5 DVDs |
| 9. Hostile Takedown | 5 DVDs |
| 10. Unleashed | 10 DVDs |
| 11. Domino | 10 DVDs |
| 12. The Man | 10 DVDs |
| 13. The Fog | 11 DVDs |
| 14. Dirty Shield | 5 DVDs |
| 15. The Animal | 5 DVDs |
| 16. Booty Talk 49 | 1 DVD |

The undercover MPD officer gave Yuan $260.00 in FBI and MPD pre-recorded funds in exchange for the pirated motion picture DVDs. Yuan indicated he was in a hurry and directed the undercover MPD officer to leave a telephone number with Chen for future ordering purposes.

**C.  October 28, 2005, Undercover Purchase**

On October 28, 2005, another undercover purchase of 100 illegal motion picture DVDs was made in exchange for $260.00 in pre-recorded FBI funds. An undercover MPD officer entered the premises located at 1225 4th Street, N.E., Washington, D.C., and spoke with Yuan regarding the purchase of motion picture DVDs, asking what new movie titles were available. Yuan asked if the undercover MPD officer's order quantity would be the same and then directed Chen to provide the DVDs to the undercover MPD officer. The following is a list of movie titles and quantities provided to the undercover MPD officer by Chen:

| DESCRIPTION | QUANTITY |
|---|---|
| 1. Flightplan | 5 DVDs |
| 2. Doom | 5 DVDs |
| 3. Shooting Gallery | 10 DVDs |
| 4. Stay | 10 DVDs |
| 5. North Country | 10 DVDs |
| 6. Dave Chappelle Live at the Fillmore | 5 DVDs |
| 7. Four Brothers | 5 DVDs |
| 8. Holier Than Thou | 5 DVDs |
| 9. Two For the Money | 5 DVDs |
| 10. Critical Assignment | 5 DVDs |
| 11. Dirty Shield | 5 DVDs |
| 12. The Prophesy Forsaken | 5 DVDs |
| 13. Today You Die | 5 DVDs |
| 14. Domino | 5 DVDs |
| 15. The Fog | 5 DVDs |
| 16. Unleashed | 5 DVDs |
| 17. The Gospel | 5 DVDs |

**D.    November 10, 2005, Undercover Purchase and Search and Arrest Warrant Executions**

On November 10, 2005, investigators executed a federal search warrant upon the premises of Yuan's business, YY Enterprises, Inc., 1225 4th Street, N.E., Washington, D.C., and a federal arrest warrant for the defendant, among others. Prior to the warrant executions, another undercover purchase was made for illegal motion picture DVDs from Chen inside premises.

4

During the undercover purchase, investigators observed Yuan leave the premises and drive away in a red Ford Expedition, Maryland license plate number M933914. Yuan was stopped and arrested. During a subsequent search of the vehicle, pursuant to a federal search warrant, approximately 300 DVDs consisting of illegal copies of copyrighted motion pictures were seized. During the execution of the search warrant upon the premises of YY Enterprises, agents seized approximately 1,463 DVDs consisting of illegal copies of copyrighted motion pictures, 1,200 of which were motion pictures in current theatrical release, not yet available for sale on DVD to the general public. Chen was arrested and the pre-recorded currency used for the undercover purchase of motion pictures was recovered from her person. Agents also seized approximately 1,000 CDs consisting of illegal copies of copyrighted musical albums. All DVDS purchased during the undercover operations were illegal copies of copyrighted motion pictures.

Additionally, all items purchased during each undercover purchase and seized during the search warrant executions, described above, were inspected by industry experts who have received extensive training in the recognition of counterfeit goods from the manufacturers of trademarked goods, and who have experience assisting Federal and State law enforcement agencies in the detection of counterfeit goods. Each item described above as purchased by the undercover officer or seized during the search warrant executions, including motion pictures and sound recordings, was found to contain counterfeit marks on the work and/or the packaging sold with the work, that is, spurious marks that are unauthorized copies of marks registered on the principal register in the United States Patent and Trademark Office and are in use.

The total retail value of the authentic, copyrighted digital works which were sold or possessed for sale as illegal digital copies by Chen, as described above, exceeded $30,000. During the period described above, the defendant knew that the distribution of copies of copyrighted works, as described above, was illegal.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
JOHN CARLIN
Assistant U.S. Attorney
555 4th Street, N.W., 5235
Washington, D.C. 20530
(202) 353-2457

CORBIN A. WEISS
Senior Counsel, U.S. Department of Justice
Computer Crime & Intellectual Property Section

**DEFENDANT'S ACCEPTANCE**

I have read every word of this ___ page statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: 5/24/04 _____
PING CHEN
Defendant

I have read each of the ___ pages constituting this statement of offense and reviewed and discussed them with my client. I concur with his decision to stipulate to this statement of offense.

Date: 5/24/04 _____
DAVID BOS
Attorney for the Defendant

6