IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | Criminal Case Number: 05-594-M (AK) |
| V. ) | |
| ) | |
| PING CHEN ) | |

### MOTION FOR RETURN OF PROPERTY

Defendant Ping Chen, through counsel, respectfully moves the Court to issue an Oder to the Pre-Trial Services Agency directing that the Defendant's passport be returned to her. This motion is filed pursuant to Fed. R. Crim. P. 41(e). As grounds, counsel and Ms. Chen states as follows:

1. The Defendant was arrested in the instant matter on November 9, 2005 . That same date, the Court directed the Defendant to surrender her passport to the Pre-Trial Services Agency during the pendency of the case.

2. On September 12, 2006 , the Court sentenced the Defendant to a period of probation, and the Defendant was removed from supervision by the Pre-Trial Services Agency. Therefore, there is no reason for the Pre-Trial Services Agency to retain the Defendant's passport.

3. The Pre-Trial Services Agency, per Tammy Evert, does not oppose this request.

WHEREFORE, the Defendant requests that this motion be granted.

Respectfully submitted,

A. J. Kramer
Federal Public Defender

_____

David Bos
Attorney for Ping Chen
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
202/208-7500
Fax/501-3829