IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**      ) | |
| ) | **Criminal Case Number: 05-594-M (AK)** |
| **V.**      ) | |
| ) | |
| **PING CHEN**      ) | |

### ORDER

The Defendant having moved, pursuant to Fed. R. Crim. P. 41(e) for the return of property surrendered to the Pre-Trial Services Agency, namely her passport, and good cause shown, it is hereby

**ORDERED** that the motion is granted, and the subject property shall be returned to the Defendant.

This the _____ day of _____, 2008.


                                             _____
                                             UNITED STATES DISTRICT JUDGE