IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **Criminal Case Number: 05-594-M (AK)** |
| v. | ) | |
| | ) | |
| **PING CHEN** | ) | |

## ORDER

FILED

MAY 0 4 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant having moved, pursuant to Fed. R. Crim. P. 41(e) for the return of property surrendered to the Pre-Trial Services Agency, namely her passport, and good cause shown, it is hereby

**ORDERED** that the motion is granted, and the subject property shall be returned to the Defendant.

This the ___1st___ day of ___May___, 2008.

_____
UNITED STATES DISTRICT JUDGE

